UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| IN RE APPLICATION OF THE ) | | |
| UNITED STATES OF AMERICA FOR ) | MISC. NO. \_\_\_\_ | |
| AN ORDER PURSUANT TO ) | | |
| 18 U.S.C. § 2703(d) ) | **Filed Under Seal** | |
| ) | | |

## MOTION TO SEAL APPLICATION AND ALL RELATED DOCUMENTS, LEVEL II

The government respectfully requests that the enclosed application for historical phone records, any orders issued by the Court, this Motion to Seal, and all corresponding docket entries or other documents issued in the above-captioned case be sealed at Level II, until at least September 18, 2015.

In support, the government submits that this application relates to an ongoing criminal investigation seeking to locate a fugitive who is the subject of an arrest warrant. Premature disclosure of certain details of this investigation, such as information that law enforcement authorities are investigating the user of the cell phone that is the subject of this application could obstruct or seriously jeopardize the investigation. For example, if the targets of this fugitive

investigation became aware of this application or this investigation, this could cause him to abandon this cell phone or take other additional efforts to avoid apprehension.

Respectfully submitted,

John P. Kacavas
United States Attorney

April 10, 2015	By: /s/ John J. Farley
John J. Farley
Assistant U.S. Attorney

Motion:   ____ Granted     ____ Denied

_____
Andrea K. Johnstone
United States Magistrate Judge

Dated: _____